UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-80529-CV-MIDDLEBROOKS/BRANNON

TIA BARNETT, individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

NORTEK SECURITY & CONTROL LLC, a
California corporation, and SECURITY
SPECIALIST OF AMERICA LLC, a Florida
corporation,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice ("Notice"), filed on June 22, 2018. (DE 11). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The only remaining defendant in this action, Security Specialist of America LLC, has served neither filing. Accordingly, it is hereby

    **ORDERED and ADJUDGED** that

    (1) The above-styled action is **DISMISSED WITHOUT PREJUDICE.**

    (2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions as **MOOT.**

    **DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 26 day of June, 2018.

                                                     DONALD M. MIDDLEBROOKS
                                                     UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record